UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Palta-Palta,

                              Petitioner,

                -against-

Francis et al.,

                              Respondents.

26-CV-4577 (DEH)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

DALE E. HO, United States District Judge:

Petitioner Veronica Alexandra Palta-Palta brings this petition for a writ of *habeas corpus* by next friend, Maria Anabel Palta Palta, who is proceeding *pro se*.   To proceed with a petition for a writ of *habeas corpus* in this court, a $5.00 filing fee must be paid or, to request authorization to proceed *in forma pauperis* ("IFP"), a completed and signed IFP application must be filed. *See* 28 U.S.C. §§ 1914, 1915. At the time of filing, neither Petitioner nor her next friend filed an IFP application or paid the $5.00 fee.

Accordingly, within 30 days of the date of this order, Petitioner or her next friend must pay the $5.00 filing fee or submit a completed and signed IFP application.[1]  If an IFP application is filed, it should be labeled with docket number 26-CV-4577.   If the Court grants the IFP application, this action will proceed without the prepayment of fees.   *See* 28 U.S.C. § 1915(a)(1).

If Petitioner or her next friend fails to comply with this order within the time allowed, and does not request additional time to respond, the Court will dismiss this action.

---

[1]  An IFP application form is attached to this order.

Because, at this time, the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Court directs the Clerk of Court to mail a copy of this order to Maria Anabel Palta Palta at the address listed on the docket sheet for this action.   Maria Anabel Palta Palta may receive court documents by email by completing the form, Consent to Electronic Service.[2]]

SO ORDERED.

Dated:   June 1, 2026
        New York, New York

_____
DALE E. HO
United States District Judge

_____

[2] https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf; For more information about consenting to electronic service, please review the court's Instructions; https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdfhttps://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf. If Maria Anabel Palta Palta consents to receive documents by email, she will no longer receive court documents by regular mail.