UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
Palta-Palta,                                                            :
                                                                        :
                                    Petitioner,                         :           26-CV-4577 (DEH)
                                                                        :
            -v-                                                         :           **ORDER**
                                                                        :
Francis, et al.,                                                        :
                                                                        :
                                    Respondents.                        :
                                                                        :
------------------------------------------------------------------------X

DALE E. HO, United States District Judge:

Petitioner's reply brief was due **June 19, 2026**.  As of the time of this Order, no reply has been filed.  The Court grants an extension *sua sponte* to **June 29, 2026** to file a reply brief.  If no such reply brief is filed, the Court may treat the Petition as fully briefed.

It is hereby ORDERED conference scheduled for **June 26, 2026 at 2:30 p.m.** is **ADJOURNED** *sine die*.


        SO ORDERED.

Dated: June 22, 2026
        New York, New York                          _____
                                                                DALE E. HO
                                                    United States District Judge

1