UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Palta-Palta, Petitioner, -v- Francis, et al., Respondents. | 26-CV-4577 (DEH) **ORDER** |

DALE E. HO, United States District Judge:

By August 11, 2026, Respondents are **ORDERED** to file a letter brief indicating whether this case is materially distinguishable from *Zhang v. Bondi, et al.*, No. 25 Civ. 10418, 2026 WL 42778 (S.D.N.Y. January 7, 2026).

SO ORDERED.

Dated: August 10, 2026
New York, New York

DALE E. HO
United States District Judge