UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Palta-Palta, Petitioner, -v- Francis, et al., Respondents. | 26-CV-4577 (DEH) **ORDER** |

DALE E. HO, United States District Judge:

By August 14, 2026, Respondents are **ORDERED** to file under seal the travel document(s) obtained for Petitioner as indicated by the Notice of Revocation of Release, ECF No. 18-5. Respondents are further **ORDERED** to brief the relevance of *Adeloye v. Perry*, No. 26 Civ. 2163, 2026 WL 2274620, at *4 (E.D. Va. Aug. 4, 2026) to the travel document produced, as well as any bearing of *Saeteun v. Albarran*, No. 26 Civ. 4743, 2026 WL 1454304, at *5 (N.D. Cal. May 22, 2026).

Petitioner will have the opportunity to respond to these filings in a single letter brief filed on or before August 19, 2026.

SO ORDERED.

Dated: August 12, 2026
New York, New York

DALE E. HO
United States District Judge