UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Palta-Palta,

Plaintiff(s),

v.

Francis et al,

Defendant(s).

26-CV-4577 (DEH)

ORDER

DALE E. HO, United States District Judge:

In light of the Government's status letter updating the Court that Petitioner has been removed, ECF No. 28, the Court's September 3, 2026 Order, ECF No. 29, is **VACATED**, and Petitioner's Motion to Stay, ECF No. 27, is **DENIED AS MOOT**. The Clerk of Court is respectfully directed to terminate ECF No. 27 and to close this case.

SO ORDERED.

Dated: September 3, 2026
New York, New York

DALE E. HO
United States District Judge