UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Palta-Palta,

Petitioner,

v.

Francis et al,

Respondents.

26-CV-4577 (DEH)

ORDER

DALE E. HO, United States District Judge:

On September 4, 2026, Petitioner moved to reopen this matter. ECF No. 31. By no later than **September 4, 2026** at **6 P.M.** the Government shall file a response, not to exceed two pages, detailing their position on Petitioner's request to reopen. The response shall also provide a provide a status report explaining the circumstances of the attempted removal of Petitioner and why it failed, as well as the Government's anticipated steps for effectuating Petitioner's removal.

SO ORDERED.

Dated: September 4, 2026
New York, New York

DALE E. HO
United States District Judge