UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Palta-Palta,

Petitioner,

v.

Francis et al,

Respondents.

26-CV-4577 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the Government's submissions explaining that the failure to remove Petitioner from the country on September 3, 2026 was due to an aircraft mechanical failure, and not for any other reason. Based on the Government's representations, the Court is satisfied that the Government's conveyance of erroneous information that Petitioner had been removed from the country was inadvertent.

For the purposes of clarity, the Court vacated the original stay of removal in this case, *see* ECF No. 26, and has declined to issue a subsequent stay, *see* ECF No. 37. There is no stay of removal in place at this time, and any other currently-pending requests for relief are **DENIED**.

Once Petitioner is re-scheduled for removal, the Government is directed to file a status letter with the Court indicating the anticipated date of removal.

The Government is further directed to (1) submit a status letter with the Court when Petitioner has been *successfully* removed from the country; or (2) if Petitioner has not been removed from the country by December 1, 2026, submit a status letter regarding Petitioner's status, including: (a) whether Petitioner remains detained, and (b) whether there is a significant likelihood of removal in the reasonably foreseeable future, including (i) what steps the Government has taken to effectuate removal of Petitioner, including what if any travel documents have been obtained;

(ii) what obstacles, if any, remain to effectuate the Petitioner's removal; (iii) what steps the Government anticipates taking to overcome these obstacles; (iv) the anticipated timeframe, if any, for Petitioner's removal.

SO ORDERED.

Dated: September 9, 2026
New York, New York

DALE E. HO
United States District Judge