UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Palta-Palta,

Petitioner,

v.

Francis, et al.,

Respondents.

26-CV-4577 (DEH)

ORDER

DALE E. HO, United States District Judge:

In light of the Government's letter confirming the removal of Petitioner from the United States on September 17, 2026, ECF No. 41, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: September 23, 2026
New York, New York

DALE E. HO
United States District Judge